STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. WILLIAM HAILPARN, DEFENDANT-PETITIONER.

*Messrs. Zucker, Lowenstein, Gurny & Zucker* for the petitioner.

*Mr. Edward J. Dolan & Mr. Christopher R. Wood* for the respondent.

November 14, 1967. Denied.

LAURA FERNANDEZ, IND., *ETC.*, PLAINTIFF-PETITIONER, CROSS-RESPONDENT, v. RUDOLPH J. BARUCH, *ET AL.*, DEFENDANTS-RESPONDENTS, CROSS-PETITIONERS.

See same case below: 96 *N. J. Super.* 125.

*Mr. Milton S. Yormark* and *Mr. Leslie S. Kohn* for the plaintiff-petitioner, cross-respondent.

*Messrs. McCarter & English, Mr. Franklin M. Sachs, Mr. John R. Drosdick, Messrs. Lamb, Blake, Hutchinson & Dunne* and *Mr. H. Curtis Meanor* for the defendants-respondents, cross-petitioners.

November 14, 1967. Granted.

WILLIAM LEWIS, PLAINTIFF-RESPONDENT, v. PANEL BOARD MANUFACTURING CO., *ETC.*, DEFENDANT-PETITIONER.

*Mr. Robert F. Colquhoun* for the petitioner.

*Mr. Ira J. Zarin* for the respondent.

November 14, 1967. Denied.